UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOMINIQUE FICKLING,

                Plaintiff(s)

        -against-

AFFINITY REHABILITATION LLP, et al,
                Defendant(s).
-------------------------------------------------------------X

25 civ 2289 (JGK)

## ORDER

The parties shall submit a Rule 26(f) statement by **August 19, 2025.**

The conference scheduled for Wednesday, July 30, 2025, at 2:30pm is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 22, 2025