UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIQUE FICKLING,<br><br>Plaintiff,<br><br>v.<br><br>AFFINITY REHABILITATION LLP; HEALTHPRO HERITAGE AT HOME, LLC; AND HEALTHPRO HERITAGE LLC, | Case No.: 1:25-cv-02289-JGK<br><br>**JOINT RULE 26(F) REPORT**<br><br>AND ORDER |

Plaintiff Dominique Fickling and Affinity Rehabilitation LLP, Healthpro Heritage at Home, LLC and Healthpro Heritage LLC ("Defendants") by and through their undersigned attorneys, hereby submit the following Rule 26(f) Report.

### A.  Rule 26(a) Initial Disclosures

The parties do not intend to exchange Rule 26(a) Initial Disclosures as this case is subject to the Second Amended Standing Order In re: Counseled Employment Discrimination Cases Assigned to Mediation by Automatic Referral, which provides that the discovery protocols included in the Standing Order supersede the Rule 26(a) Initial Disclosures.

.

### B.  Requests for Production

The parties will serve their first requests for production of documents by September 18, 2025.

### C.  Interrogatories

1

The parties will serve their first interrogatories by <u>September 18, 2025.</u>

D. **Leave to Amend/Add Additional Parties**

The last day for the parties to amend their pleadings or add additional parties without leave of Court will be <u>November 3, 2025.</u>

E. **Requests to Admit**

The parties will serve their first requests to admit by <u>November 3, 2025.</u>

F. **Fact Discovery**

The parties propose that fact discovery, including all fact depositions, close by <u>February 19, 2026.</u>

G. **Expert Discovery**

The parties anticipate that they may consider expert discovery. The parties will exchange affirmative expert reports on <u>March 12, 2026, if any</u>. Reply expert reports will be served on <u>April 2, 2026</u>. Expert depositions will be held on or before <u>May 4, 2026.</u>

H. **Summary Judgment Motions**

Any party may begin the process of moving for summary judgment by filing a pre-motion conference letter with the Court 30 days after the close of all discovery.

I.  **Other Matters**

   1.  **Electronic Discovery:**

   The parties anticipate that discovery in this case will include the production electronically stored information ("ESI"). The parties will meet and confer in good faith throughout the course of discovery in an effort to avoid the need for any formal motions related to discovery of ESI.

   2.  **Issues Relating to Claims of Privilege**

   The parties shall produce privilege logs within a reasonable time after production. The parties will confer in good faith on the ways to minimize the burden of privilege logs.

   3.  **Changes to Limitations on Discovery**

   The parties do not anticipate any additional changes to or limitations on discovery at this time.

   4.  **Protective Order**

   The parties recognize that this matter may require the production of sensitive commercial information and therefore agree that it is appropriate to enter into a protective order to govern the handling of such information. Before documents are produced, the parties will execute a stipulated pre-trial protective order for this Court's approval.

J.  **Trial**

   Based on the claims currently advanced by Plaintiff, the parties contemplate that trial in this matter will take 2-3 full days, but reserve the right to revise this estimate after the scope of

the case becomes clearer. The parties do not consent to trial before a magistrate judge. Plaintiff has filed a jury demand in this case.

K.   **Settlement**

Because this is an employment discrimination case, the Court has ordered the parties to participate in mediation.

Dated: August 19, 2025

Respectfully submitted:

*/s/ Richard Bahrenburg*
Richard Bahrenburg
FordHarrison LLP
366 Madison Avenue, Floor 7
New York, New York, 10017
212-453-5937
rbahrenburg@fordharrison.com

*Counsel for Defendant*

*/s/ Jeremiah Iadevaia*
Jeremiah Iadevaia
Vladeck, Raskin & Clark, P.C.
111 Broadway, Suite 1505
New York, New York 10006
(212) 403-7300
jiadevaia@vladeck.com

*Counsel for Plaintiff*

SO ORDERED. The parties should provide a status report by **May 4, 2026.**

Dated August 20, 2025
New York, New York

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.